IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DUSTIN CROW, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:12CV00514 SWW |
| | * |
| DAVID A. BLEVINS, BRUCE | * |
| PENNINGTON, SALINE COUNTY, | * |
| JOHN DOE 1-5, | * |
| | |
| Defendants. | * |

**Order of Dismissal**

Before the Court is the parties' joint motion for dismissal of this case with prejudice.

The motion [ECF No. 16] is granted. Plaintiff's complaint is dismissed with prejudice.

SO ORDERED this 30th day of September, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE